## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR REYES, on behalf of himself and all other similarly situated persons, | CIVIL ACTION |
| Plaintiffs, | Case No.: 2:17-cv-04719-JMA-AKT |
| v. | |
| SEARS HOLDINGS CORPORATION, SEARS, ROEBUCK & COMPANY and XPO LOGISTICS, INC., successor-in-interest to 3PD, INC., | **MOTION TO WITHDRAW AS COUNSEL AND FROM NOTICES OF ELECTRONIC FILINGS** [L.R.Civ. P. 1.4] |
| Defendants. | |

**TO:**   Clerk of the Court
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4, Jeffrey A. Block, Esq., David L. Scher, Esq. and the law firm of Block O'Toole & Murphy, LLP, hereby move for an Order granting leave of Court to withdraw as Plaintiff Victor Reyes' attorneys of record in the above-captioned action and to be terminated and withdrawn from receipt of electronic filings in said action.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the movants shall rely upon the Joint Certification of Jeffrey A. Block, Esq. and David L. Scher, Esq. in Support of Motion to Withdraw as Counsel contemporaneously filed herewith.

- 2 -

        Respectfully submitted,

        _____
        Jeffrey A. Block, Esq.

        _____
        David L. Scher, Esq.
        BLOCK O'TOOLE & MURPHY, L.L.P.
        1 Penn Plaza, Suite 5315
        New York, New York 10119
        P: (212) 736-5300
        F: (212) 971-9840
        E:  jblock@blockotoole.com
            dscher@blockotoole.com
        Withdrawing *attorneys for Plaintiff*
        *Victor Reyes, on behalf of himself and all*
        *other similarly situated persons*

Date:   October 6, 2017
         New York, New York

- 3 -

## CERTIFICATION OF SERVICE

I hereby certify on this, the 6th day of October 2017, I have filed the foregoing motion and all supporting papers with the court using the CM/ECF system and served a copy of this Motion on all counsel of records in this case.

I further certify that, pursuant to Local Civil Rule 1.4, I served the foregoing motion and all supporting papers upon the client, Victor Reyes, via electronic mail.

I finally certify under penalty of perjury that the foregoing is true and correct.

*[signature]*

BLOCK O'TOOLE & MURPHY, L.L.P.
1 Penn Plaza, Suite 5315
New York, New York 10119
P: (212) 736-5300
F: (212) 971-9840

Date: October 6, 2017
New York, New York

- 3 -