**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
VICTOR REYES, on behalf of himself and all other
similarly situated persons,

                        Plaintiff,                                        **ORDER**

            -against-                                          CV 17-04719 (JMA) (AKT)

SEARS HOLDINGS CORPORATION, SEARS
ROEBUCK & COMPANY, and XPO LOGISTICS,
INC., successors-in-interest to 3PD, INC.,

                        Defendants.
---------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has received plaintiff's counsel's motion to withdraw as attorneys of record,

however the motion is procedurally ineffective.  The appropriate vehicle for counsel's

application is a proposed Consent Order Granting Substitution of Attorney, which must be

signed by outgoing counsel, incoming counsel, and the represented party.  As such, the Court

directs counsel to file the appropriate Consent Order Granting Substitution, with all necessary

signatures.


                                        **SO ORDERED.**

Dated:  Central Islip, New York
            October 11, 2017

                                        /s/ A. Kathleen Tomlinson
                                        A. KATHLEEN TOMLINSON
                                        United States Magistrate Judge