**jackson|lewis.**

My Direct Dial is: (631) 247-4661
My Email Address is: TRIPPN@JACKSONLEWIS.COM

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

November 20, 2017

**VIA ECF**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

         Re:   Reyes v. Sears Holdings Corporation et al.
             No. 17-cv-04719 (JMA)

Dear Judge Tomlinson:

    As counsel for Defendant XPO Last Mile, Inc. ("XPO LM"), we write with consent of counsel for the plaintiff pursuant to Your Honor's Individual Practice Rule III(A)(1), to respectfully request the dismissal of Defendant XPO Logistics, Inc. from this action without prejudice, and the substitution of XPO Last Mile, Inc. as a Defendant in place of XPO Logistics, Inc. XPO LM acknowledges actual notice of this lawsuit and subjects itself to the jurisdiction of this Court in this action. Accordingly, XPO LM respectfully requests that Your Honor grant the Joint Stipulation for the Substitution of Parties, attached hereto.

    We appreciate the Court's consideration of this request.

              Respectfully yours,

              JACKSON LEWIS P.C.

              Noel P. Tripp

NPT:dc
cc:   All Counsel of Record, *via ECF*
    Enclosure

4841-4206-3443, v. 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR REYES, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION, SEARS, ROEBUCK & COMPANY and XPO LOGISTICS, INC., successor-in-interest to 3PD, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>Civil No. 2:17-cv-04719<br><br><br><br>**JOINT STIPULATION FOR THE SUBSTITUTION OF PARTIES** |

Plaintiff Victor Reyes ("Plaintiff") and Defendant XPO Logistics, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on or September 25, 2017, Plaintiff filed his Class Action Complaint in the United States District Court for the Eastern District of New York;

WHEREAS, the Parties acknowledge, based on XPO Last Mile, Inc.'s representations, that XPO Last Mile, Inc., not XPO Logistics, Inc., is the proper defendant in this action;

WHEREAS, the Parties stipulate and agree that XPO Last Mile, Inc. should be substituted as a party in this action in place of XPO Logistics, Inc.; and

WHEREAS, XPO Last Mile, Inc. hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Stipulated and Agreed to By:

| | |
|---|---|
| **VICTOR REYES** | **XPO LAST MILE, INC.** |
| By: */s/ Ravi Sattiraju with consent* <br> Ravi Sattiraju <br> THE SATTIRAJU LAW FIRM, P.C. <br> 14 St. James Place <br> Lynbrook, New York 11563 <br> (609) 799-1266 <br> rsattiraju@sattirajulawfirm.com | By: */s/ Noel P. Tripp* <br> JACKSON LEWIS P.C. <br> Noel P. Tripp <br> 58 South Service Road, Suite 250 <br> Melville, New York 11747 <br> (631) 247-0404 <br> trippn@jacksonlewis.com |
| Harold L. Lichten* <br> Shannon Liss-Riordan* <br> Benjamin J. Weber* <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, Massachusetts 02116 <br> (617) 994-5800 <br> hlichten@llrlaw.com <br> sliss@llrlaw.com <br> bweber@llrlaw.com | Jeffrey H. Newhouse <br> JACKSON LEWIS P.C. <br> 701 East Byrd Street, 17th Floor <br> Richmond, Virginia 23219 <br> (804) 649-0404 <br> Jeffrey.Newhouse@jacksonlewis.com <br><br> *Counsel for XPO Last Mile, Inc.* |
| *Counsel for the plaintiff* <br> * *pro hac vice* admission anticipated | |
| Date: November 20, 2017 | Date: November 20, 2017 |

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR REYES, on behalf of himself and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION, SEARS, ROEBUCK & COMPANY and XPO LOGISTICS, INC., successor-in-interest to 3PD, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>Civil No. 2:17-cv-04719<br><br><br><br>**ORDER GRANTING JOINT STIPULATION FOR THE SUBSTITUTION OF PARTIES** |

This matter having come before the Court on the parties' stipulation, and the Court being duly advised on the premises,

IT IS HEREBY ORDERED that the Defendant XPO Logistics, Inc. shall be dismissed from this action without prejudice; and

IT IS FURTHER ORDERED that XPO Last Mile, Inc. shall be substituted as a Defendant in place of XPO Logistics, Inc. and subjects itself to the jurisdiction of this Court in this action.

IT IS SO ORDERED.

_____  
DATE

_____  
UNITED STATES MAGISTRATE JUDGE