# CIVIL CAUSE FOR PREMOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 1/23/2018            TIME:  3:00 PM            TIME IN COURT:

**CASE:  17-cv-04719-JMA-AKT Reyes v. Sears Holdings Corporation et a**

APPEARANCES:       For Plaintiff:  Ravi Sattiraju

For Defendant:  Brendan Killeen, Mike Sheehan Puma, Britt Hamilton

FTR:  3:10-3:19

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☒ Briefing schedule set for motion to compel arbitration:
    Moving papers served by:  2/9/18
    Response:  3/2/18
    Reply:  3/9/18
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ status conference scheduled for
- ☐ Other: